IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00628-PAB-BNB

QFA ROYALTIES LLC, et al.,

Plaintiffs,

v.

JAVAD SIDDIQI, et al.,

Defendants.

_____

**ORDER**
_____

On May 15, 2009, the parties reported that they had executed a settlement agreement resolving this dispute. They also reported that "[u]nder the terms of the settlement agreement, Defendants agreed to meet certain conditions within ten days." *Plaintiffs' Unopposed Motion to Vacate [etc.]* [Doc. # 21] at ¶7. In a Status Report [Doc. # 25] filed June 24, 2009, the plaintiffs stated that they had been informed by the defendants that all conditions of the settlement agreement had been satisfied; the plaintiffs stated that they would schedule an inspection "within the next few days" to confirm compliance; and that in light of the representation of compliance, "Quiznos hopes this matter will be finally resolved within the next few days." *Status Report* [Doc. # 25] at ¶¶9-10.

I held a status conference this morning. The parties informed me that only one matter of compliance remains at issue.

IT IS ORDERED that on or before **September 15, 2009**, the parties shall file either (1) a motion to dismiss with prejudice, (2) a motion to enforce the settlement, or (3) a motion to schedule pretrial matters.

Dated August 13, 2009.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge